IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYDIA MALLON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-326 |
| TROVER SOLUTIONS, INC. ET AL. | : | |

**SURRICK, J.**                                                                                     **JUNE  4 , 2014**

### O R D E R

**AND NOW**, this   4th   day of      June     , 2014, upon consideration of the Joint Motion to Dismiss or, Alternatively, for Summary Judgment of Defendants Independence Blue Cross, QCC, and Trover Solutions, Inc. (ECF No. 20), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, and the Clerk of Court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**